

# United States District Court *for the* District of Puerto Rico

## CATEGORY SHEET

1. Title of Case (Name of first party on each side only)

   US v. 1) Genesis GV80, VIN: KMUHCESCOMU057308 with PR license plate number JRF001, ET AL.,

2. Category in which case belongs: (See Local Rules)

   | [X] | ORDINARY CIVIL CASE | CIVIL FORFEITURE |
   | [ ] | SOCIAL SECURITY | |
   | [ ] | BANK CASE | |
   | [ ] | INJUNCTION | |

3. Title and number, if any, of related cases (See Local Rules)

4. Has a prior action between the same parties and based on the same claim ever been filed in this Court?
   ☐ YES    [X] NO

5. Is this case required to be heard and determined by a District Court of three judges pursuant to Rule 28 U.S.C. 2284?
   ☐ YES    [X] NO

6. Does this case question the constitutionality of a state statute (FRCP 24)?
   ☐ YES    ☒ NO

(Please Print)

USDC ATTORNEY'S ID NO.: 301110

ATTORNEY'S NAME: Frank Norris

MAILING ADDRESS: TORRE CHARDON, SUITE 1201, 350 CARLOS CHARDON AVE
HATO REY  PR      ZIP CODE 00918

TELEPHONE NO.: 787-766-5656